1  THE HONORABLE JOHN C. COUGHENOUR



___FILED
___LODGED
___RECEIVED

AUG 28 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                               DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| JAMES S. GORDON, JR., a married individual, Plaintiff, <br><br> vs. <br><br> SMARTBARGAINS.COM, LP, a Delaware Limited Partnership; Defendant | Case No.: CV 06-1129 JCC <br><br> HEARING ON: <br><br> PLAINTIFF'S MOTION FOR RECUSAL OF THE HONORABLE JOHN C. COUGHENOUR <br><br> SEPTEMBER 30, 2009 AT 6:30PM <br><br> JURY TRIAL REQUESTED |

TO: CLERK OF COURT
AND TO: COUNSEL FOR DEFENDANTS

06-CV-01129-REQ

PLEASE TAKE NOTICE that Plaintiff's MOTION FOR RECUSAL OF THE HONORABLE JOHN C. COUGHENOUR will be heard on or by September 30, 2009 at 6:30 pm, or as soon thereafter as the Court deems appropriate, without oral argument.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 27th day of August, 2009

James S. Gordon, Jr.
9804 Buckingham Drive
Pasco, WA 99301
509-210-1069

## CERTIFICATE OF SERVICE

I, hereby, certify that on August 27, 2009, I mailed this notice of hearing on motion for recusal to this court and mailed a copy to counsel of record for Defendant.

James S. Gordon, Jr.