1 | THE HONORABLE JOHN C. COUGHENOUR

06-CV-01129-M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| JAMES S. GORDON, JR., a married individual, Plaintiff, <br><br> vs. <br><br> SMARTBARGAINS.COM, LP, a Delaware Limited Partnership; Defendant | Case No.: CV 06-1129 JCC <br><br> **PROPOSED ORDER** <br><br> PLAINTIFF'S MOTION FOR RECUSAL OF THE HONORABLE JOHN C. COUGHENOUR <br><br><br> JURY TRIAL REQUESTED |

TO: CLERK OF COURT
AND TO: COUNSEL FOR DEFENDANTS

## PROPOSED ORDER

The Court having considered PLAINTIFF'S MOTION FOR THE RECUSAL OF THE HONORABLE JOHN C. COUGHENOUR, and Defendant's reply, if any, hereby (grants / grants, in part) said motion _____

_____

_____.

(denies / denies, in part) said motion_____

_____

_____.

Dated this _____ day of _____, 2009

_____
**THE HONORABLE JOHN C. COUGHENOUR**

### CERTIFICATE OF SERVICE

I, hereby, certify that on August 27, 2009, I mailed this proposed order for recusal to this court and mailed a copy to counsel of record for Defendant.

[signature]

James S. Gordon, Jr.

1804 Buckingham Dr.
Pasco, WA 99301



7005 0390 0005 3915 0416

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7005 0390 0005 3915 0416

Western WA District Court
700 Stewart St. Lobby Level
Seattle, WA 98101



UNITED STATES POSTAL SERVICE
1006
98101